IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:16-PO-00180 |
| | ) | |
| Plaintiff, | ) | MICHAEL J. NEWMAN |
| | ) | United States Magistrate Judge |
| -v- | ) | |
| | ) | **ORDER GRANTING THE** |
| ABASS WANE | ) | **GOVERNMENT'S MOTION TO** |
| | ) | **AMEND** |
| Defendant. | ) | |

On motion of the United States of America, pursuant to Federal Rule of Criminal Procedure 7(e), and with Defendant's consent, the charge of Disorderly Conduct, in violation of 38 C.F.R. 1.218(a)(5),(b)(11), made in Violation Notice No. 6799051 is amended to a charge of Creating Excessive Noise in a Hospital, in violation of 38 C.F.R. 1.218(a)(5),(b)(35). Pursuant to Fed. R. Crim. P. 58(d)(1), S.D. Ohio Crim. R. 58.1, and S.D. Ohio General Order No. 12-01, such charge can be satisfied by the payment of collateral in the amount of $25.00 to the United States District Court, in lieu of appearance.

IT IS SO ORDERED.

Dated: 10/17/16

_____
HON. MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE